Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Brandie Jones                          §
                                       §
versus                                 §        CIVIL ACTION NO. _____
                                       §
Baptist Community                      §
Services and the                       §
Defendents                             §

EMPLOYMENT DISCRIMINATION COMPLAINT

1.    This action is brought under Title VII of the Civil Rights Act of 1964 for employment

discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.    The Plaintiff is:        Brandie Jones

      Address:                 123 Amy Joy
                               China Springs, TX 76633

      County of Residence:     MCLennan

3.    The defendant is:        Baptist Community Services

      Address:                 701 Park Place Ave.
                               Amarillo, TX 79101

☑    Check here if there are additional defendants. List them on a separate sheet of paper with

      their complete addresses.

4.    The plaintiff has attached to this complaint a copy of the charges filed on 3/25/24

with the Equal Opportunity Commission.

5.    On the date of 03/25/24, the plaintiff received a Notice of Right to Sue letter

issued by the Equal Employment Opportunity Commission; a copy is attached.

1

6.   Because of the plaintiff's:

(a)  ☑  race

(b)  ☐  color

(c)  ☑  Sex

(d)  ☑  Religion

(e)  ☐  national orgin,

the defendant has:

(a)  ☐  failed to employ the plaintiff

(b)  ☐  terminated the plaintiff's employment

(c)  ☐  failed to promote the plaintiff

(d)  ☑  other: _See Attached_____

_____

_____

7.   When and how the defendant has discriminated against the plaintiff:

_See attached_____

_____

_____

8.   The plaintiff requests that the defendant be ordered:

(a)  ☐  to stop discriminating against the plaintiff

(b)  ☐  to employ the plaintiff

(c)  ☐  to re-employ the plaintiff

(d)  ☐  to promote the plaintiff

(e)  ☑  to _see attached_____

_____

_____ and that;

(f)  ☑  the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

_____

(Signature of Plaintiff)

Address:        123 Amy Joy
                China Spring, TX
                76633

Telephone:      254-652-5786

3

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Dallas District Office**
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/25/2024

To: Brandie Jones
123 Amy Joy
CHINA SPRING, TX 76633
Charge No: 450-2024-00584

EEOC Representative and email:  JENNIFER JOHNSTON
Investigator
jennifer.johnston@eeoc.gov

---

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 450-2024-00584.

On behalf of the Commission,

For Travis M. Nicholson
District Director

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC FEPA | 450-2024-00584 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| I Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.) | Home Phone | Year of Birth |
|---|---|---|
| Brandie Jones | (254) 652-5786 | 1980 |

Street Address

123 Amy Joy

CHINA SPRING, TX 76633

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Baptist Community Services | | (806) 337-5292 |

Street Address

701 PARK PLACE AVE

AMARILLO, TX 79101

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest — Latest |
| Race, Religion, Sex | 08/09/2023 — 10/13/2023 |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I. Personal Harm:

I began working for Baptist Community Services in or about August 2023. I believe I was discriminated against because of my race, sex, and religion. I was subjected to disparaging and harassing treatment by my coworkers and supervisor. I was also exposed to a hostile work environment that included sexual harassment during my employment.

II. Respondents Reason for Adverse Action:

No reason provided.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Brandie Jones** **03/07/2024** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |
| *Charging Party Signature* | |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 450-2024-00584 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| State or local Agency, if any | |

### III. Discrimination Statement:

I believe that I have been discriminated against because of race, sex and religion in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Brandie Jones**<br><br>**03/07/2024**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

**2. Platiff**

Brandie Lynn Jones

123 Amy Joy

China Spring, Texas 76633

McLennan County

**3. Defendants**

Company of Baptist Community Services and Employees

701 Park Place Ave.

Amarillo, Texas 79101

Potter County

806-337-5292

**Additional Defendants:** I do not have a way of getting their address without an accusation of stalking and request the court's and U.S. Attorney's assistance in getting their addresses. The address provided is Baptist Community Services where they were employed while I was forced to work there.

701 Park Place Ave.

Amarillo; Potter County

Texas 79101

806-337-5292

Alaina Stoiler possibly also known Lana Meyers/Mejers

Versila Newkirk

Sue, my boss Renee's boss

Renee my boss

Kiki

Kristi

Maurice

Sarah

Charles

And other Baptist Community Services workers that worked at Allergan Waco, Texas location

Employees that relocated from Waco, Texas with Alaina, Versila and Sue approximately 2006 to the Amarillo, Texas location and company of Baptist Community Services

6. The defendant has:

(d) ☐ other:

1. I have been discriminated against because of race, sex and religion in violation of Title VII of the Civil Rights Act of 1964.
2. The defendants' negligence and unlawful conduct has created a work environment and quality of life that is intimidating, hostile and offensive to reasonable people. I was subjected to verbal harassment by coworker Kiki that progressed to sexual harassment with intimidation, stalking and threats of physical assault forcing the loss of the job because of management and HR's negligence. Kiki is still harassing.
3. The defendants' negligence and unlawful conduct with Covid testing protocols were a discrimination against my religion, as was the sex trafficking, forced labor and coercion with homosexual sexual harassment. The defendants' Covid testing protocols were a discrimination against my religion that proved to harm me causing covid sickness and medical bills that had never existed before being subjected to Baptist Community Services covid testing protocols and the loss of the job with covid sickness and no income.

7. When and how the defendant has discriminated against the plantiff:

1. I have been discriminated against because of race, sex and religion in violation of Title VII of the Civil Rights Act of 1964. When and how religious discrimination occurred is provided in the next section. The only reason I was in their city or working for them was because they sex trafficked it. The only reasons they sex trafficked me was because of their homosexual jealousies and my religious beliefs. I was sex trafficked and assaulted because I was a white heterosexual woman that believed in god and did not do occult things. I am unable to practice my real religion while being sex trafficked by these defendants. The 2023 sex trafficked forced labor at the sex traffickers companies and locations was to practice sex trafficking with the purpose of making sure I could not report their crimes without communication difficulties that benefited the sex traffickers; because, I had tried to report the sex trafficking crimes to police. Their sex trafficked assaults have caused difficulties thinking, reading and communicating in ways that I am not comfortable with, because without these sex trafficked difficulties, I have a reputation of honesty and fairness, as well as thoroughness in studying information and communicating simplistically.
2. The defendants' negligence and unlawful conduct has created a work environment and quality of life that is intimidating, hostile and offensive to reasonable people. I was subjected to verbal harassment by coworker Kiki that progressed to sexual harassment with intimidation, stalking and threats of physical assault forcing the loss of the job because of management and HR's negligence. Dates approximate.
   - 8/9/2023 employment began
   - 9/22/2023 Kiki verbally harassed with intimidation to not speak of her not doing her job correctly and to not do my job correctly causing an unsafe working environment. Coworker Kristi and Destiny witnessed Kiki's verbal harassment. Destiny tried to encourage me to not worry and told me how when Kiki harassed her like that HR conducted an investigation.
     See attached: 9/24/203 Statement to Renee and HR
   - 9/22/2023-10/11/2023 Ongoing harassment that was sexual and using intimidation. I did not cause or provoke Kiki to be verbally abusive. The manager had said they had a huge file on Kiki. To try to prevent another moment of Kiki harassing me, I stopped communications with Kiki that were not required to do the job and did not do so in a manner that was offensive because I didn't want to be harassed or bullied. When I would ask Kiki questions she would scream a response often not helpful in a tone like she wanted to physically fight. I also avoided being in Kiki's workspace as much as possible unless required to do the job.

     When no other workers were in the kitchen Kiki walked up slightly behind me and next to me. Kiki had said something in a deep and quiet voice. Kiki was not a quiet person. I could not hear her accurately to report it. I thought she said, "You better quit" or "You better stop." Others were not present we had not talked. Kiki's

positioning her body was threatening. Kiki's tone was threatening in a sexual way. There was no behavior that I was doing that should've bothered Kiki. I was doing my job.

The workers had their music playing. I walk in the room where Kiki is and she begins singing loudly using a voice that is sexual and is singing the lines of the love song after I enter the room.

A new coworker is showing the same unusual signs of nervousness and not understanding the job like the other new coworkers. It is not a difficult job. I worked with the new coworker explaining how to do the job. Kiki began interrupting me while talking as if wanting to train the coworker or manage my conversation with the new coworker. Kiki was doing so in a way that was with weird jealousies or a need to exert power over me. Kiki was a cook, not a food service aid. Kiki did not get involved in conversations like that before the reported verbal harassment. Kiki was not qualified to manage. Kiki did not offer explanations to the new people. Kiki's typical response to a question is screaming some answer that is not helpful in a tone like she wanted to fight.

- 10/11/2023-Kiki's harassment progressed to sexual harassment with intimidation, stalking and threats of physical assault forcing the loss of the job because of management and HR's negligence. Kiki stalked, harassed and threatened approximately 4 times in the kitchen then 4 times in the dining room in just a few hours. Kiki was violent from the moment I got to the kitchen, constantly in my workspace very close to me in unneeded and threatening ways positioning herself behind my butt then jerking her arm near and towards my face to get something that she did not need or could get from a different workspace.

See Attached: email to ssmith@bcsama.org, compliance@bcsama.org and hr@bcsama.org

Sex Trafficking and Harrassing with Gang and Cult Violence with Physical and Sexual Assault:

I won't notice she's moved to a workspace near me until there's an occult and physical/sexual assault. I'm working and thinking about work, then a dumbness occurs and then there is a cult terrorization to stop working on what I'm working on and what I've planned and instead to work on something that is not priority. Then I'll look and notice Kiki is near me again. I'll keep working on what I'm working on and Kiki's behavior changes. Kiki laughs, she's talkative, or she's singing a romance song that she's playing in the kitchen. She does it over and over to me until she achieves that, me having to stop working on what I'm working on and start working on the terrorization. She is getting violent if I'm staying on task. That occurred quite a bit working on a talk, dumbness, terrorized to "Go look at your paper!" I wasn't needing to look at the paper to see what my job was until terrorized into dumbness. When that happens, I'm actually not able to read the paper and my eyes will go to one sentence like that is what you're supposed to be working on. There is a look on my face that often people laugh at and something is happening to my body causing my body to not move normally.

Kiki has committed an assault of me that is domestic violence gang assault. I think with her family sex trafficking. I have black people saying with my vocal cords and mouth while having a cigarette, "I will sue you." "You're our Jew." "You're the nigger." And other very offensive and threatening things.

Kiki and Versila Newkirk were assaulting me when I was at home and not at work. They assault with a physical/sexual assault and cult assault. There is a physical assault of my vagina or anus usually more than one, physical jerks of my body then a dumbness. The assault forces the hearing of occult/cult things. Kiki, Versila and others do that jerking my vagina and pelvis into seizures to talk occultly. I've had to watch pictures of Versila's legs spread and vagina being banged into a mirror while my vagina was assaulted into seizures with an inability to poop; sit while a trafficker sucked my tongue repeatedly and while they said occultly repeatedly harassing that they were teaching me how to suck a black woman's tits; same abuse with them talking occultly harassing about a black woman's vagina, then had Kiki standing awkwardly the next day with her head turned so I could see what her hair looked like on her head that was not in the hair net. Then Kiki laughed and walked off. It was very gross and sexually offensive of those women; mine and

my child's addresses were communicated occultly; listened to stories so Kiki could get the name of a student I taught during the 2005 school year in a different city, and have had signs at work read to me occultly. When they read occultly, I am unable to comprehend or retain the learning. Every LMS required course learning module was read to me occultly like I had been forced to be a special ed student in their cult that was given that occult assault as a special ed modification. I was sex trafficked to in a very humiliating way to stare at the name sign of Alaina while completing the LMS courses in an office next to Alaina's. I was completely unable to read the last name on the sign while being sex trafficked and humiliated like that. They were practicing sex trafficking me. These are the same things workers at their Waco nursing home that Alaina and Versila managed reported in 2005-2006 before they moved to the Amarillo location.

Versila assaulted me with the same type of occult sex trafficking as Kiki with different jerks of my body and occult things. It results in dumbness with me at a location where she is. 3 out of 4 times she got excited when she saw me. Once she was nervous. She did it to me when I was not at work and is still doing that to me. My body and vagina were jerked physically contracting until dumb and hearing a chanting of something over and over until I'm walking to a restaurant where she is sitting at a window seat. It was not the restaurant where I wanted to eat. The chanting is like being terrorized without the ability to think because she can't harass and sex traffick like that unless there is a dumbness of the victim. The moment Versila got nervous about sex trafficking me, is where I later choked on my saliva because my tongue was sucked while trying to swallow. There is no real relationship or verbal or occult communicatios between me and Versila. I do not do occult things and I do not want a relationship sexually or professionally with Versila or Alaina.

See Attached Amarillo PD incident report for the religious hate crime, assault and discrimination against my religious freedoms that allowed Alaina, Dina Dwyer and Versila Newkirk to continue to harass and sex traffick me while forcing me to work there and after losing the job. The investigator Nathaniel Ham has not investigated or provided relief from the abuse, and is a cop that was in Waco moved to Amarillo when I tried to report sex trafficking crimes 20 years ago. I am being sex trafficked through the writing of this complaint and forced to hear sex traffickers' real voices saying and writing word by word and sentence by sentence what is reported, not what I am thinking, wanting or planning to report because of the assault contained in this incident report and previous sex trafficked assaults.

3. The defendants' Covid testing protocols were a discrimination against my religion as was the sex trafficking, forced labor and coercion with homosexual sexual harassment. The defendants' Covid testing protocols were a discrimination against my religion that proved to harm me causing covid sickness and medical medical cost of $1,360 that had never existed before being subjected to Baptist Community Services covid testing protocols. Baptist Community Services HR Nurse Toby provided a solution of my covid tests would be with a sterile swab. The first test was with a sterile swab. The last test was with a swab that was not sterile. The covid test using a swab that was not sterile was unethical and a discrimination against my religion causing covid sickness.

See Attached: Covid protocals and testing were a discrimination against my religion, as was the sex trafficking and forced labor.
See Attached: Northwest Texas test, results and bill

**Covid protocals and testing were a discrimination against my religion, as was the sex trafficking and forced labor.**

A coworker got covid. Boss Renee wanted everybody tested. I told my boss I refused the covid test based on religious belief and health concerns. Renee called HR. HR said I might lose my job. I had a few calls with HR Toby and explained my religious belief and health concerns. Each call was the discussion of the possibility of losing my job without an option of my religious belief not being discriminated against. Each call I tried to find ways to test or not test in a way that did not compromise my religious belief or my health. I had asked if there was a doctor who could take a blood test and offered to pay out of pocket for the blood work. He did not know of any and to my knowledge did not thoroughly research. There are covid blood tests that were used at the beginning of Covid. Their solution at first was staying home with no pay. They continued to pressure for the covid test and staying home wasn't an option. Boss Renee and HR pressured Covid tests as if the comments I were making were just fears needing reassurance. HR Toby stated the test I would be given would be with a sterile swab. I asked and HR Toby explained what a sterile swab was, a sterile swab with no chemicals or testing agents on the swab.

My belief with Covid was a strongly held belief that had proven to successfully protect my health from Covid. I explained to my boss and to the HR Nurse Toby, that I had never had anything with Covid in my body. I had never had a vaccination, the virus, chemicals or things associated with the virus or testing of the virus, and had lived closely and took care of persons sick with covid and had been around people who had been diagnosed and some diagnosed repeatedly with Covid. I also explained to my boss and HR Toby, that I had a physical health condition that was serious and was waiting for insurance for a doctor to diagnose the problem. I asked if they could postpone testing until after insurance and the physical health problem was diagnosed. It was unwise to expose my body to covid with the seriousness of what was happening to my body.

I got Covid from the testing of an unsterile swab. It was the second or third covid test that I had to take. The swab was wet caused lime green mucuous that I've never had, flavor in my mouth and then sickness. The first swab was sterile and completely different. It was unethical and a discrimination against my religion to not provide me with a sterile swab like we had agreed. I got Covid from the testing of an unsterile swab. Baptist Community Services discrimination against my religion and negligence with the sexual harassment and harassment in the workplace caused me to have a sickness of Covid after the job loss with no income and medical cost of $1,360 with other costs.

**Covid protocals and testing were not consistent discriminating against my religion and religious beliefs.**

No testing of employees not having symptoms. Then testing of all employees. Then more frequent testing of all of the employees. An employee Kristi got Covid. Stayed home. I was told Kristi tested positive, was feeling better and returned to work. I was having to take a test to see if I tested positive while having no symptoms with the possibility of getting covid from the test and losing pay while staying home from work with no symptoms. Their testing did not protect the workers or the working environment. Their testing was not consistent discriminating against my religion and causing stress and harm of Covid sickness. If multiple tests weekly were needed of workers showing no symptoms for the severity of covid, then the protocal should've been that sick people feeling better stay home until testing negative.

**Covid protocals and testing were not conducted ethically discriminating against my religion.**

It was unethical and a discrimination against my religion to not provide me with a sterile swab like we had agreed. I got Covid from the testing of an unsterile swab. It was the second or third covid test that I had to take. The swab was wet, caused lime green mucuous and sickness. Baptist Community Services discrimination against my religion and negligence with the sexual harassment and harassment in the workplace caused me to have a sickness of Covid and medical cost of $1,360 with other costs.

**How the covid testing, sex trafficking and forced labor were discrimination of sex, religion and race:** the women and sex traffickers at this company are breaking human trafficking laws by sex trafficking me through their sex trafficking system to their location and forcing me to work for them in their city of Amarillo, Texas at their company of Baptist Community Services location. In 2023, I was sex trafficked to 2 different states, 5 different cities, forced to work at 6 different companies in 7 months, and was homosexually sexually harassed and stalked at 4 of those jobs before being

forced sex trafficked to the next sex trafficked job and eventually back to Waco, Texas. Homosexual sexual harassments and physical sickness were a reoccurring harm and pattern/practice occurring at each of the sex trafficked locations and at Baptist Community Services. The physical health condition was caused by how they chose to sex traffick me through their sex trafficking system and how they forced me to work for the sex trafficking witches associated with Dina Dwyer and Alaina Stoiler. Homosexual sexual harrassment at 4 sex trafficked locations was how I was sex trafficked to the next location. That is unreasonable and hostile! That is a real threat that these women fully intend to harm me and/or my family with sex violence and for no reason other than their homosexual psychotic jealousy and my religion. The testing protocals were a practice that caused covid. These women have been very mean. Giving a person COVID is a form of attempted murder and an intent to harm the person. I tried every possible way to meet their demand for testing without compromising my religious belief that protected my health. Baptist Community Services did not provide a very simple protocol of a sterile swab as agreed. Then, did not follow basic HR policies and procedures with the harassment occurring with Kiki. The sexual and verbal harassment and negligence caused the loss of job with physical sickness and covid sickness and continued sex trafficked forced labor. The only reason I was in their city or working for them was because they sex trafficked it. The only reasons they sex trafficked me was because of their homosexual jealousies and my religious beliefs. I was sex trafficked and assaulted because I was a white heterosexual woman that believed in god and did not do occult things. I am unable to practice my real religion while being sex trafficked by these defendants.

For over 40 years, these women have sex trafficked me. 20 years sex trafficking sexual assault and sex trafficked gang violence occult assault. I had no idea the sex traffickers were these women. I tried to leave Texas and was sex trafficked through their sex trafficking system forced to work for these women in unreasonable and harmful ways, then forced back to Waco, Texas and sex trafficked and forced to get medical welfare treatment from Alaina's friendship circle of friends doctors. I have not received the medical treatment for the physical health conditions that they caused and that I need. I am being sex trafficked and forced to work on getting welfare medical treatment from doctors associated with Alaina. I cannot read the paperwork from that program and am unable to organize it. Waco's women sex trafficking have gone psycho to make sure I was their victim and was unable to leave their sex trafficking system.

8. The plaintiff requests that the defendant be ordered:

(a) Provide lifetime protection and restraining orders for me, my child and my child's family from the company, defendant's listed and their families that have had associations to me or my family, and other workers employed at Baptist Community Services that relocated from Waco, Texas.

(b) to stop sex trafficking, harassing, sexually assaulting, and assaulting with cult, occult, gang violence, homosexual violence,

(c) to stop sex trafficking me to locations where they planned for me to be forced to work and/or forced to be sexually and homosexually harassed

(d) to provide financial relief from:

- the jobs and salary that have been lost, $65,000/year was the salary appropriate with my qualifications.
- quality of life denied was an irrepairable injury
- the damages to my body and property while being harmed during the practice of sex trafficking me to their location, while forced to work at Baptist Community Services. Damages to my body were religious hate crimes of discrimination and are irrepairable injuries. The property damaged included vehicle valued at $3000 and a vehicle valued at $1500-2000, clothes of value I can no longer afford to replace valuing at $2000-$5000 because of being forced to work at their sex trafficked locations with little pay, court records with court seals that courts currently deny existing, documents that could be considered court evidence of the sex trafficking of the sexual assaults of me including the sex trafficking system and gang languages used, voting records that were removed and vote not cast, school records of assaults, gang violence with witness recorded statements of the effects of those assaults that were in my favor, financial records of harassment with paid hospital debts, emails from 20 years ago with proof of the conversations with Bosque county court records persons Sharon Wilson and Sharon Meza Wilson, police reports and attempts to get court records and protection and restraining orders 20 years. The damage of being forced to not have that property is causing irreparable damages while I'm forced to represent myself.
- the public and sexual humiliation while sex trafficked and forced to work for Baptist Community Services
- the defilement of Baptist Community Services and the sex traffickers' perversion with harassment and coercion for something of value to them and their occult gang of sex traffickers.
- The cult and gang defilement forcing me to hear their sex traffickers occultly denying my religious freedoms and relationships with real people outside their sex trafficking system.
- while being forced to work for and forced to live with a 1980's sex trafficker that had decorated his home in things thieved from my family 80's-2000's and whose prostitute had a hole dug in the backyard big enough for a human body. I do not associate with prostitutes.
- The defilement from the police reported crime of assault that was used to get me to Baptist Community Services, used by the defendents harming me at Baptist Community Services and is still being used to harm me in court and harm me in my current jobs.
- financial relief from not being able to work the jobs that matched my pay grade, qualifications, denying me my religious freedoms. That should include back pay from 2016 and compensation for the future loss of opportunities outside of Alaina's and Dina's sex trafficking system.
- financial relief for the PTSD that cannot be treated until removed from the sex trafficking system and no longer abused by the sex traffickers.
- The inheritance thieved while they practiced sex trafficking me prior to trafficking me out of state and to each city where the witch resided forcing me to work for them at their companies.

(e) Defendants Alaina Stoiler provide court information to the judge about the woman she sex trafficked with forced urination and defecating in college that had to get a protection and restraining order. The information contain, how Alaina sex trafficked, Versila's involvement, and how and why the victim was granted a protection and restraining order.

(f) Defendants Alaina SToiler admit that she was the woman that went to my mom's work blaming my mom for one of her employees sexually harming my mom physically and with gang cult violence. And, that Aliana provide a statement of why she was at Allergan, if she owned the company that day, if she every said she owned the company for that day, how long she owned the company, and what her accusations of my mother were that day.

(g) Defendants Charles admit that he was employed at Allergan, physically sexually assaulted my mom with a form of gang or cult sex trafficked assault and that they had an HR discussion about it. The information should contain what happened, who was involved in the HR meetings and what was reported to the HR representative and actions the HR representative recommended to my mother.

(h) Defendants Aliana Stoiler orally and written admit in front of the judge that she has some resentment or offence with my mom, state the offense she has, what happened, and why she reasons her offense as justification to harm my mother's children with forced work and sex trafficked crimes. Also, answering the question, "Do you believe you are her family, or some sort of rich woman with decision making authority over my mother and her children?"

(i) Defendants Aliana Stoiler orally and written admit in front of the judge, who the friend's in her circle were and what rights she had given them admitting that Alaina's friends had some influence with Alaina to plan things for other people. Admiting Courtney's mother's name and involvement in Alaina's friend circle; and, the involvement and relation of Mindy Beatty, Benjamin Gough, Van Allen Wehemeyer, Mark Moore's to members of Alaina's friends circle.

(j) Defendants Alaina Stoiler and Versila Newkirk orally and written admint in front of the judge the date, location and persons present when the police were called providing the police report and case file with all information in it, including the police report number, names of persons and cops involved, location and why they were there, what she said she was going to do for me and who commited the witchcraft/gang/cult assault, that they assaulted with witchcraft/gang/cult assault with the purpose of harming me and keeping themselves close to Alaina.

(k) Defendant Maurice orally and written in front of a judge provide statement and the facts of what happened at each of these moments. Where you there, the city and location and what happened? At a playground, putting me on a slide and dropping me on the ground in the 80's? At Taco Villa working behind the counter when it was full of black people and I threw up in the 80's? At a hospital in Dallas in the 80's when I was there? Are you related to Sylvester Dixon of Waco, Texas? Did we meet at a bar in Waco, Texas? IF so, what were you hearing occultly that evening about me and was Sylvester Dixon with you, as well as Kristi and Kiki?

(l) All defendants: Were you were working at Baylor University as food service and dining service? When, where, how long, why were you all transferred there and from what location and to what location?

(m) Kiki to stop all communications and harrassments of me and my family. For Kiki to go the to DA and request a protection and restraining order protecting me and my family from her and her family with Kiki admitting which of Kiki's family members Kiki used to sex traffick me while working at Baptist Community services and provide me with a copy of the application with the court writing that it had been filed.  And, request the court contact me about information that has to do with where I am located or how to contact me. I have had to listen to Kiki in her real voice telling stories of a hospital and her obsession with vaginas over and over and over since leaving that company. While Kiki is getting attention occultly, I have sex trafficked defects from her assault and harassment.

Kiki admit orally and in writing to the court and judge after meeting me at the bar, Kiki tried to use cult or occult communications with other blacks in Waco telling stories of hospitals and telling blacks of Waco my first and last name occultly. Kiki admit what she did, what information she communicated about me to blacks in Waco verbally and occultly, and how she achieved that from the date of that bar to 2006.

(n) Defendants Alaina Stoiler and Versila Newkirk admit that Alaina hosted a meeting educating people about Versila Newkirk being a person with a retard brain and what retard brain was. The provided information should contain the date, location, persons that presented, persons that attended, admitting Sissi Gholson was there, admitting why I was asked to go in that room while they presented on the topic of Versila Newkirk's retard brain, proof that by scientific and

medical technology verified Versila Newkirk was a person with a retard brain, also did they ask the attendees for financial donations or other moments to provide presentations on people with retard brains? Versila Newkirk admit to assaulting me with the assault she refers to as her being violent and that the assault was to change the cult and to sex traffick me and cause communication difficulties while in a meeting in Sherri Strezza's office at Profiles International, INc. 2006 approx. Versila Newkirk admit that her son was in my class in 2005-2006. Versila Newkirk provide the dates when her son was in my class, how long he was in my class, and how he sex trafficks or "necromances" and why he was in my sex trafficking me. I would like the real name of the student that was in my class that was Versila's son and other names he may have used when sex trafficking with the sex trafficking system they used during the 2005 school sex trafficked sexual assaults with a protection and restraining order from Versila Newkirk's son and would prefer the court, U.S. Attorney or Versila file the request with the court providing me a court copy that the request has been filed. Also, provide the name of the man, job title and contact information of the person that sat and conversated with me and Versila during her and Alaina's presentation of Versila's retard brain. Versila Newkirk admit that she admitted to me and that man that she was not a retard brain and that she tried to get on stage while Alaina was onstage and admit that she wasn't a retard brain.

(m) Versila Newkirk admit that what Versila calls Versila being violent is Versila committing an assault. And, what it is she does physically when she is doing that, and everything her assault can cause, including Versila admitting Versila being violent could cause me to have an affect of not being able to remember or think about meeting Versila and Alaina, their threats, or what happened when we met and that her assault is with the purpose of making the victim unable to communicate normally and with the purpose of assaulting the victim when Versila is not with them. And, Versila admit that Alaina was trying to do that assault to me when the police were called because Alaina wanted to lie, and Versila and Alaina did not want me communicating normally with the police any longer.

(o) Versila Newkirk and Alaina Stoiler admit why they wanted me sex trafficked sexually assaulted and why they refuse freedom from their abuse.

(p) Aliana Stoiler answer the question of her involvement, investment or ownership of the hospital where my sister was in the 80's. And, admit that she understood the involvement of Sissi Gholson, gangs, Missy and Mel Smith, Mel Smith's aunt, Dina Dwyer and the Mezas were involved in the sex trafficking of me and my family while there, and some of Alaina's friend circle were there sex trafficking. Why were they there sex trafficking?

(q) All defendants including Charles, Maurice, Versila Newkirk and Alaina Stoiler stop all communications including cult and occult and harrassments of me and my family. For Versila Newkirk and Alaina Stoiler to go the DA and request a protection and restraining order protecting me and my family from her and her family with Versila admitting which of them assaulted genitals contacted genitals and caused movement and how it was achieved, and Versila's family members Versila used to sex traffick or what some blacks call "necromance" me while working at Baptist Community services, Allergan, and at Waco Alternative Campus and provide me with a copy of the application with the court writing that it had been filed. And, request the court contact me about information that has to do with where I am located or how to contact me. And, provide the names of other Baptist Community Services workers that tried to "necromance" or sex traffick, and that they complete this request also.

(r) Alaina Stoiler admit if she was at Six Flags in the 80's when me and Parnell McNamara were there or if she was with any of the persons that were at Six Flags at any time during that day or that week.

9/24/2023

To Renee and HR

Renee asked me to provide a statement of what happened at work with Kiki for HR. The date was approximately 9/22/2023.

That morning I said good morning to Kiki. She did not say anything. I did not think much of it. I do not recall Kiki and I speaking after that until serving and expediting lunch. Kiki was serving with Kristi. I was expediting. A roll was checked on the ticket and not on the plate. I asked for a roll. Kiki replied angrily if they really want a roll they can come back in here and get it. Plate went out with a roll. Another ticket roll was checked and the plate did not have a roll. I asked for a roll. Kiki replied angrily if they really want a roll they can come back in here and get it. Another plate was missing the main meal, the grill cheese. Kiki's responses had been aggressive. I asked if they were going to give the person a grill cheese. That plate got a grill cheese. Another ticket had fish checked. The fish was fried cod. The person had checked fish and wrote NO COD. I asked about it and Kiki lost her temper screaming that is what they're getting. I asked if it was a food allergy. Kiki lost her temper. I asked the worker to ask if the person had a food allergy and Kiki lost her temper and was constantly talking while I was trying to ask the worker to ask the person if they had a food allergy. I then screamed at Kiki, "Kiki, what is your problem." We did not speak and things seem to be calming. Then something happened with my arm that should not have happened. After that she and Kristi looked like they wanted to giggle. It was too much aggression. We did not speak after that. The worker wrote on a ticket that I shouldn't worry about Kiki she had done that same thing to her and that is was Kiki not me.

While talking with Renee about what had happened, Renee mentioned that I'm quiet and do my job. What happens with people like Kiki is that they think quiet means they can bully. I did not want Kiki thinking that she could be that aggressive with me again. Her words were aggressive giving an impression like I had better not speak in her presence. That is an unsafe working environment. I did not want that to become the norm with Kiki and discussed that with Renee.

Renee had asked me to write a statement and slip it under her door. I had not written the statement. The next day the new worker Sarah had gone into Renee's office to get a piece of computer paper. If I had slipped it under the door she could've very easily taken a picture of it and caused an unsafe working environment for me with Kiki considering Kiki's aggression was a form of bullying. A few days earlier, I returned from my "weekend" and Kristi an employee who has been at the company for more than 10 years was so mad she was in tears because of Sarah not working and leaving early.



Fw: Fw:                                                                              ⊕ ˅

**B**    brandieljones@outlook.com                                      ↩ ↩ ↪ ⋯
         To: compliance@bcsama.org                                    Fri 10/13/2023 10:21 AM

📄 KIC Document 0001.pdf              ˅
   668 KB

I cannot find a working email address for hr. Are you the person that HR reports to? This is a report of the incidents occurring. This is poorly written, very embarrassing and terrifying. If you're not the person over HR will you please forward to the appropriate person?

---

From: brandieljones@outlook.com <brandieljones@outlook.com>
Sent: Friday, October 13, 2023 10:10 AM
To: ssmith@bcsama.org <ssmith@bcsama.org>
Subject: Fw: Fw:

Good morning Sue,

I tried to send this to hr yesterday. Will you please provide the email address of the person at HR that incidents should be reported?

---

From: brandieljones@outlook.com <brandieljones@outlook.com>
Sent: Thursday, October 12, 2023 11:33 AM
To: hr@bcsama.org <hr@bcsama.org>
Subject: Fw:

---

From: brandieljones@outlook.com <brandieljones@outlook.com>
Sent: Thursday, October 12, 2023 9:52 AM
To: brandieljones@outlook.com <brandieljones@outlook.com>
Subject:

This is a report of the incident that occurred 10/11/23 with coworker Kiki. Kiki is doing some sort of prison gang violence. I think it is a form of occult sex trafficking. A previous incident with Kiki was reported to manager Renee approximately 9/24/23. See attached. Since then Kiki's bullying, violence and aggression has gotten worse. Today proved to be sexual harassment. She has been

could be behind me. I had asked Kristi the other aide if she wanted deserts or appetizers! She wanted deserts. I had moved to the appetizer table. There is not a lot of room there. She kept trying to be in my workspace until she was behind my butt. Kiki did that to me then tried again. Kiki was standing very close as if she was waiting for me to move for her to walk past me. I put my butt towards the table and said go ahead. She reached up near and above my head for a hair net possibly. She didn't need the hairnet and was very close to me. It is workplace violence. Kiki should not be that close to me lifting her arm towards my face getting something she does not need. She then opened the door to the refrigerator then shut the door to the refrigerator, because she didn't have anything to put in there and didn't need to get anything out. I was about to put something in the refrigerator and had not talked about it. A different moment she was standing at the end of my workspace peering and staring at me. For the last few weeks, its like an unspoken thing that Kiki's angry and doesn't want to serve. She's standing behind the people expediting. That's Kiki communicating instead of using words. Today, I'm going to serve. Kiki decides to do her job today as the morning cook. I had the server line ready. I walked away, Rudy and Kiki were standing in place to serve. Kirsti was standing in the place of expediter. I talked to Kristi about how I could be most helpful, and said I would wash plate covers and bowels as they were brought to the kitchen. It's like she's trying to provoke me to be mad by constantly getting in my workspace. There wasn't a reason for me to be mad, there was work. I got back from my break, went to the dining room to clean the tables. Kiki was in the dining room at the other end. It looked like working on the menu books. She is NEVER working on menu books until after the dining room is cleaned. She has NEVER helped clean tables. I was working on my half of the tables. We had three workers without Kiki and usually only have two. Kiki moved into my workspace. She picked up a table cloth then left the workspace. She walked into my workspace again. Joe was leaving. Kiki held her hand and talked in a voice that she does not use, telling Joe, an elderly woman with memory problems that her name was Kiki but she could call her Felica. She then stood at a table closer to me staring at it. Each time Kiki walked into the workspace she got closer to me. She walked into my workspace again at a table behind me positioning herself behind my butt. She was in my workspace over and over until she was behind my butt like she has a penis or dildo. I said, "You never help with this. Why are you so helpful today?" Kiki got angry arguing in a threatening voice that she always helps with the dishes and cleaning of tables and that it was her job! She kept arguing wanting Rudy to say that she always helps with that and that is her job. I can't remember what was said next. This is what Kiki did. She said something I had said like copying me, acted like she won an argument and then called me her "boo". That was a threat of sexual harassment and sexual assault. I was shaking and said I am not your prison lesbian. That was said in front of the lady possibly Miss Brooks, the back right that stays the longest. Kiki got excited and more confident after that and walked off saying something then screamed to me after calling me her boo, "YOU'RE WELCOME!" None of that was Kiki's job. Kiki is psychotic and delusional thinking she's going to bully me into being her prison lesbian that she calls boo. That sounds stupid; however, it's not unrealistic when you consider that's not Kiki's job, Kiki never helps with that and Kiki is getting very sexually aggressive. Have you ever seen Kiki showing affections towards other employees talking in calm sweet voices, "You can call me Felicia' or calling other women "boo"? No. That is a huge personality change for Kiki. This is what Kiki is communicating with her words, sexually threatening and gross things. I'm not comfortable being forced to have conversations like that in front of the residents.

I went to Renee. Renee was at the front desk and I told her I was quitting. I was shaking! Renee wanted to talk. I wanted to talk, didn'twant to quit and was shaking. Kiki had just sexually threatened and harassed me then walked off without being able to have a normal conversation. I tried to talk with Renee and said I would not be nade fun of for being bullied and that Kiki called me her boo and that I was not her prison lesbian. Reree interrupted before any other facts could be discussed and said, "OK, I call my husband "boo". I said, 'I think we're done. Do you need me to clock out?" Was Renee dismissing what had just happened saying "boo" is a word all the workers use? Was Renee saying boo is a word

they joked about calling HR. A few hours later Kiki blatantly bullying and we're needing to call HR. Renee and HR did not do anything to prevent Kiki's bullying since the last reported incident and Kiki's bullying has progressed.

Yesterday or the day before I was standing at the desert table stomach toward the table. Kiki walked behind me and said something threatening. I don't think anybody was around that could hear it. I thought she said, "You better stop!" I could not hear her clear enough to report it. I hadn't spoken to her and have made sure to not provoke her. We had not been talking. What is she talking about in a threatening way while close to my backside? Approximately, during the last week Kiki served and I was expediting. The workers asked for some food. We had been out. I asked Kiki fi we had some. She screamed angrily, "YES!" and walked off. I asked the workers if she was getting the food. I had to go get the food instead of Kiki the cook and server who just wanted to scream angrily. It was Kiki's job to get it for them. That is the communications with Kiki about Kiki's real job!

Kiki is also assaulting me when I am not at work. The assault is a form of gang rape violence and occult sex trafficking. I've worked with many blacks and Mexicans from real ghettos and barrios and haven't had a black woman co-worker behave so blatantly sexually violent as Kiki has. Blacks in ghettos talk about what they "hear", the occult, and fear and talk about being necromanced. What Kiki is doing to me is a form of occult se trafficking, because it requires a person demonically possessing that Kiki is "necromancing" with. It was common knowledge that I did not hear what the blacks could hear. Kiki's assault is forcing the hearing of occult things and Kiki is NOT understanding what she is hearing. Instead, Kiki is getting more psychotic and violent sexually. Kiki and others are jerking my vagina and pelvis into seizures to talk occultly. Maurice has been on vacation. It bothers Maurice that he has the fruit ready for the aides and the aides never have the fruit ready for him. Maurice is a tremendous help to new employees. I told Rudy yesterday when Kiki and other workers had already left the building and property, "If I forget tomorrow, will you remind me to get the cantaloupe ready for Maurice?" Rudy said he would probably forget. It was no big deal. I hadn't forgotten this morning. The terrorization and bullying with working at the appetizer table was Kiki hearing and not understanding, then Kiki trying to manage me or my job or something occult that results in Kiki's sex violence. ISN'T that stupid! *My we hot not understand* [handwritten]

The other black lady in your company with the rolls of hair like little cigars that's and wears glasses is assaulting me with the same type of occult sex trafficking as Kiki with different jerks of my body and occult things. It results in dumbness with me at a location where she is. 3 out of 4 times she got excited when she saw me. Once she was nervous. She's doing that to me when I'm not at work. My body and vagina jerked until dumb and hearing a chanting of something over and over until I'm walking to the restaurant where she is sitting at a window seat. Not the restaurant I wanted! I have been completely unable to learn her name. This is terrifying and not funny, because she is putting my life in danger. Somebody could copy the way she is sex trafficking and then assault me, and that looks like setting a person up to go to prison instead of the real abuser. She is the black woman that was at Profiles International 20 years ago saying she had a disease of "retard/incest brain", correct? With Sue and the red head lady, correct? The red head lady was asking the black lady if she had been violent lately. The black lady said yes and that she didn't have to tell them how she had been violent. She was doing something that was occult sex trafficking used by black prostitutes when necromancing to calm herself. She did not admit what it was only saying her counselor said it's the only thing that had helped her. She was pointing and pulling her finger like a gun trigger at me and that is an occult type of necromanced sex trafficking assault against me. She is a witch that assaulted me that day with what she was doing as the "thing that calms her when violent"! During that conversation my boss at Profiles had been asking the red head if "she was getting nasty again" and was saying she had a nickname of "nasty" during college. I don't understand what's going on with these people and this company. I am not spreading



*Detective Division 806 378 9402*     *Investigator Han nathaniel.ham@ama .go*

This incident has been reported to the
Amarillo Police Department
and is pending approval

Amarillo Police Department
200 SE 3rd Ave
Amarillo, TX 79101
806-378-3038

*Permenant Case # 202 30304373*

**General Information**
Incident Type
Tracking Number
Report Date

Harassment
T23005011
10/27/2023 12:00 PM

**Reporting Person Information**
Name
Home Address
Home Phone
Email
Race
Ethnicity
Sex

Jones, Brandie
4209 Northeast 14th Avenue, AMARILLO, TX 79107, US
254-652-5923
brandieljones@outlook.com
WHITE
NON-HISPANIC
FEMALE

**Incident Information**
Incident Location
Incident Time (start)
Incident Time (end)
Location Type

4209 Northeast 14th Avenue, AMARILLO, TX 79107
08/05/2023 11:40 AM
08/07/2023 11:40 AM
CAMP/CAMPGROUND

**Narrative**

Incident Description

June 2, 2006 Church campout. Rapist Michael Booker had a seizure in a large popup tent pooping all in it. A Meza dug it out of the dumpster covered in feces and was saying he was going to do something with a black prostitute, possibly Loraine, to me with the feces covered tent. Michael said Loraine was my rapists of the second sex trafficked sexual assault. Meza had been having sex with Loraine and admitted raping her deaf son. Chris Mullis and Valorie Booker were witnesses. Since leaving Colorado, I'm sex trafficked to places where Meza's are or are walking around my car while living it, and that is how they got me here. August 5th, 2023 Tommy Meza said I could sleep at his house because of health problems except that weekend. My tent broke, a large tent was offered by Bill resident of AOK Campground. It was the same tent. It is a demonic, occult cursing of body, occult sex trafficking. They are damaging my body with the possessions and sex traffickings, because I'm now unable to poop. Tommy has said many times "Did you talk to your son" and how he likes managing things. Please keep the Mezas away from my child. I need real protection and restraining orders. It is a form of demonic child pedophile rituals isn't it? They were cursing me with the "shit of my rapist". Will you please investigate which Meza did this to me and the names of my rapists', get this demonic cursing off of my body and out of my family? Since then, it's quite a bit easier for them sex traffick. I think it made it where the Mezas and Loraine could hear the real voices of the blacks they're sex trafficking with. I have been stalked and sex trafficked since leaving Colorado by a black woman that was in Canyon, Dumas and the other day at Cracker Barrel. I'm terrified, the cursing was to force an enslavement situation where they could keep raping the same family. I don't associate with prostitutes. Tommy Meza has things in his home reported stolen Bosque County from my family 90's!

Print This Report

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Brandie Jones

§
§
§
§
§
§
§
§

versus

CIVIL ACTION NO _____

Baptist Community Services
and the
Defendents

ORIGINAL COMPLAINT

1

**I have been discriminated against because of race, sex and religion in violation of Title VII of the Civil Rights Act of 1964 when sex trafficked and forced to work at Baptist Community Services.**

In 2023, I was sex trafficked to 2 different states, 5 different cities, forced to work at 6 different companies in 7 months, and was homosexually sexually harassed and stalked at 4 of those jobs. I was sex trafficked and forced to work at the Baptist Community Services company as the last sex trafficked location prior to being sex trafficked back to Waco, Texas. That is what the sex traffickers did when I tried to leave the sex trafficking system. I had no idea they were the people that have been sex trafficking me. While forced to work at Baptist Community Services, I was subject to harassment and a hostile work environment that included sexual harassment and ongoing harassment. The defendants at this company are involved in a sex trafficking system that have sex trafficked me since the 80's with a pattern and practice that had a cycle of every three years and a system using the same sex traffickers. I was sex trafficked through every employment process. These women have been very mean and have gone too far. I can't take anymore and they are still harassing and sex trafficking the way they have always done. The human and sex trafficking crimes and violation of the Civil rights crimes the people at Baptist Community Services have committed caused the violation of many of my civil and constitutional rights and liberties. Baptist Community Services and the sex traffickers' ongoing sex trafficked harassment has caused a hostile work environment that is now a quality of life. The people sex trafficking actually planned the 2023 sex trafficked forced labor and servitude. I request the judge to have the U.S. Attorney review this case as a human and sex trafficking case with ongoing harassment and sex trafficking that has a factual pattern and practice of trafficking and harming me since the 80's.

I have been discriminated against because of race, sex and religion in violation of Title VII of the Civil Rights Act of 1964 when sex trafficked and forced to work at Baptist Community Services.

The defendants have committed crimes of sex trafficking and human trafficking forced labor with ongoing harassment in violation of federal sex trafficking and forced labor laws: 22 U.S.C. 7102(11)(A)) and 22 U.S.C. 7102(11)(B)).

- I request the judge seal and remove the information of the pattern and practice of human and sex trafficked forced labor with ongoing harrassment of this complaint from being viewed by any person other than the judge with the purpose of protecting me and my family from further harms. The Baptist Community Services defendents and sex traffickers would retaliate with this information intentionally harming me with defamation, gossip, humiliation and meaner sex traffickings causing the loss of employment opportunities outside of their sex trafficking system and harm to my body; and that the judge grant permission for information to not be provided until the judge's response and the requested police reports and court records are provided to the court.

- I request the judge review the information of the pattern and practice of human and sex trafficked forced labor with ongoing harrassment of this complaint to determine that a pattern and practice of sex trafficking and human trafficking forced labor with ongoing harrassment in violation of federal sex trafficking and forced labor laws is occurring and is harming me.

- I request the U.S. Attorney bring civil action in court as my lawyer and representative of the cases filed against the defendants of Baptist Community Services and the sex traffickers for the crimes of the pattern and practice of human and sex trafficked forced labor with ongoing harrassment from the 80's until the 2023 human and sex trafficked forced labor.

- I request the U.S. Attorney bring civil action in court as my lawyer and representative providing relief in the form of permanent protection and restraining orders from Baptist Community Services and the sex traffickers.

- I request the court and/or U.S. Attorney court order the courts and police stations provide me and the court with these documents with the documents having the appropriate agencies letterhead, signatures with a writing pen, agency certified, agency seal 3D raised stamp for the purpose of providing me and the court with facts of the pattern and practice of human and sex trafficking crimes and crimes of ongoing harrassment that have been committed against me: McLennan and Bosque counties, Lacy Lakeview, Woodway, Hewitt, and the persons responsible for city of Northcrest courts and police stations to provide the requested police reports, 911 calls, and all information about the protection and restraining order Parnell McNamara issued in court as my protection and restraining order from Marcia Stevenson that was a protection order for land and property, including a court sealed copy, date filed, date Parnell and/or Jimmy brought the protection and restraining order to my aunt's for my signature with a copy of the original signatures of that documents that contained the witness statements of what Parnell/Jimmy was doing and saying that day when trying to get our signatures, dates the Sheriff's brought the protection order to the house, date the Sheriff's brought the updated protection order, dates the Sheriffs called the house to reinstate the protection and restraining order with a statement from Parnell McNamara not Jimmy of what the purpose of that protection and restraining order is and how it was intended to be used to fight terroristic attacks and how when used inappropriately is used to sex traffick including the actions Parnell took in court or in police records concerning me unknowingly touching his penis as a child while he was involved in sex trafficking sex with others, the actions Parnell took instead of providing me a protection and restraining order from the sex traffickers; and, all information about Parnell McNamarra and Det. Peter Meza/Rogers' sex trafficking presentation at China Spring middle and high school during the 90's, the investigations Det. Peter Meza/ Rogers said he was conducting on school properties where I was attending or working of China Spring middle/high school in the 90's and Waco Alternative Campus 2000-2006, the

man named Jimmy on China Spring ISD property in the 90's when he was "acting as" and saying he was Parnell; and, all of the information contained in police reports, police ticket books, police notes of every time Sherriff Birch spoke with me, including: poonanny and the dog, Mildred Watkins admitting harming me a few years earlier, conversations with Mandy Smith admitting involvement in Jon Bonet Ramsey pagent and murder while talking about harming me, conversations with my niece when Jennifer and her black lesbian spouse harmed my niece with an explanation of why me and my niece did not have a court ordered protection order for them for sex trafficking and harming, conversations of me responding to my sister's call for help at Jennifer with Jennifer's black lesbian spouse and the other black woman with explanations of why Birch did not get me a protection and restraining order, the reporting of a Kinsey from Dumas sex trafficking with occult harrassment while my mother was in prayer, conversations and threats from Alaina Stoiler, and all information about Sherriff Birch's involvement during the Sheriff Parnell McNamara sex trafficking me at Six Flags in the 1980's; same for Officer Delgado Jr and Waco PD Prevost; and, all information about when the Sheriff called my house saying he might be needing me as a negotiator of the ATF Koresh standoff, including what I said when I hung up on him and all information about the next call the Sherriff made to me after I hung up on him; and, all information about the police call and police reporting to Michael and Valorie Booker's residence in China Spring with a call of harm to me and my family; the calls to Waco police requesting police return to the house to discuss a crime that was refused because I refused to talk with the lady that admitted not being a police officer approx. 2007-2009; and, police reports and police records of fake cops responding to the call when Missy Smith assaulted and sex trafficked me date unknown, and when sex traffickers sex trafficked and assaulted me and others with Leah Mann and possibly a Coffman approx. 2007-2009; and, all information about John Ubertini's assault and reporting of the assault to Austin PD.

- I request the U.S. Attorney bring civil action in court as my lawyer and representative providing relief in the form of the prosecution of the law enforcement officers, those representing themselves as law enforcement and those working in the 911 calls, court records and police stations that have denied me the court records that would have prevented the sex trafficking and sexual assaults and for their involvement in the human and sex trafficking crimes committed against me.

- I request the judge halt the discrimination case with Baptist Community Services until the U.S. Attorney's have reviewed the information, provided protection and restraining orders for me and my family, and have made a determination about representing me bringing civil action in court against the sex traffickers.

- I request standard protection and restraining orders that are for people needing protection from abusers and sex traffickers not a federal protection order for land and property, because each of these people have assaulted me for the purpose of sex trafficking me with a form of sex trafficked, gang and cult assault that has caused difficulties reading, thinking, communicating and physical sickness. I am terrified of being sex trafficked through this court case and am most concerned with protecting the facts of this case and protecting me while representing myself. The facts and the police and court records prove the case. 10 years ago, I could've researched courts and complaints, prepared these documents and presented my case with confidence, because they could not sex traffick me the way they are currently. The persons that have commited sex trafficked assaults that are affecting my reading, thinking, communicating and causing physical sickness are the following and are the persons I'm requesting protection and restraining orders from for life if possible: Missy Smith, Mildred Watkins, Kinsey from Dumas manager of 287 Roadhouse, Sean Smith, Sissi Gholson, Rebecca Gholson Baker, Mindy Beatty, Mandy Smith Shows, Kiki from Baptist Community Services, Alaina Stoiler, Alaina Stoiler's friend and her daughter Courtney, Versila Newkirk, Lori Perry, Dina Dwyer, Isabelle Meza, Elisa Meza Smith, Elisa Meza's sex trafficking family members, Tommy Meza and his children, Mel Smith's aunt, Adrienne Marek/Morrison, Jamar Baker's and Jamar's mother, Marcia Stevenson and Marcia's black lesbian wife or exwife, Jennifer my nieces aunt and her black lesbian spouse, Vanessa Nanny, Det. Peter Rogers/Meza, Parnell McNamara and the person he uses as his double/actor named Jimmy, Michael Booker, the persons who were or were acting as Kamala Harris, Alicia Ward, and Katanji Jackson Brown at Six Flags in the

80's, John Ubertini's assault. Erin Murphree has done something to me that a person very close to her tried to explain for fear of the harm she was intentionally causing me and for fear of how wicked the crime was Erin committed. I do not know what Erin did and unable to think or remember while being sex trafficked.

-- I request a white lawyer of the opposite sex than me.

- I request the judge consider the information provided and prevent this court case from being in the cities and counties of: Waco, Ft. Worth, and Amarillo; Ellis, McLennan, Bosque, Potter, Randall, Moore, and Tarrant because those are the locations where the people that just sex trafficked me have the most influence in courts. I'm terrified. I will not get a fair court proceeding in Waco, Texas. The information provided in the requested police reports and court records proves the sex trafficked and human trafficking crimes against me occurred because of law enforcement and courts sex trafficking with sex traffickers. The sex traffickers are already threatening prison for no reason other than I'm requesting to not be abused by them anymore and am wanting their crimes reported to prevent further harms to me and my family. I also request the judge consider a pattern of violence that occurs with Waco's sex traffickers. Waco ATF David Koresh standoff. At the sex trafficked location of Colorado 2022 or 2023, 1,000 homes burned. I had no involvement. It was in a city near where I resided. That is not normal. I lived in Houston, liked Houston and my life while living there. Waco sex traffickers went to Houston and ran their sex trafficking while I was there. Though it wasn't easy for me to prove then, Waco's sex traffickers harmed me and sex trafficked me back to the Waco location. I fear after 40 years of being sex trafficked by Waco's sex traffickers, that they are sex trafficking to the city through the filing of the complaint. And, since they have sex trafficked where I could not think or read to research cities and courts, that the sex trafficking of me to this city is because they have planned a terroristic attack of property that has to do with burning buildings or cars. Maybe that is just a fear. However, 1,000 homes burning is NOT normal just like the ATF standoff in Waco, Texas. Sherriff Parnell McNamara could've prevented the last 40 years of sex trafficked assaults with a very simple court ordered protection and restraining order. I was sex trafficked back to Waco and sex trafficked to currently work on McNamara property. NOT a normal way of bullying, possibly a way of daily monitoring and practicing sex trafficking me through this court case. I didn't have any understanding of who owned the property when I applied. I understand there is real reasons for me to be concerned for my safety. I'm only reporting that fear, because I want to be safe and am in no way involved in terrorism or violence like that. I'm terrified of the crimes these sex traffickers are about to commit.

**The defendants have committed crimes of sex trafficking and human trafficking forced labor with ongoing harassment in violation of my Amendment VIII rights because how they sex trafficked me was cruel using the infliction of cruel and unusual punishments.** The defendant Alaina Stoiler has another victim that had to get a protection and restraining order from her for the same types of abuses. The cruel and unusual punishments inflicted while practicing sex trafficking me caused the loss of my inheritance. The human and sex trafficking with cruel and unusual punishments caused physical damages, public and sexual humiliation, and has harmed my ability to get jobs outside of Waco's sex trafficking system. The defendants Dina Dwyer, the Mezas and blacks involved have inflicted cruel and unusual punishments while as their practice of sex trafficking.

The sex trafficking defects, affects of their sex trafficking and assaults causes crimes of my Amendment V rights, because I have to file the complaint to get relief and have not been able to communicate effectively to get a lawyer that has the capacity to represent this case. The sex trafficking law enformcement officers and court records persons that denied me court records and protection and restraining orders are forcing me to be compelled to be a witness against myself while representing myself while being sex trafficked. The offenses Alaina Stoiler and Versila Newkirk and other sex traffickers have are not with me and were not caused by something that I did to them. Yet, more than twice she has put my life in jeopardy. This is subjection that puts my life in jeopardy again for an offense the same women have without cause and for no other reason than their homosexual jealousies and sex violence, and my religion!

**The defendants have committed crimes of conspiring to injure, oppress, threaten, or intimidate me when trying to exercise my rights of freedom and freedom from them a violation Title 18, U.S.C., Section 241.** The ongoing cycle of sex trafficking me was planned. Alaina had a "friend's or friendship circle". Alaina's friends in that circle had some sort of

sphere of influence with Alaina and her money or influence. Girls that attended high school with me in the 90's had associations to that friend's circle. Mindy Beatty and Mandy Smith Shows planned and fought with each other about which of their plans would be used as the plan and people sex trafficking me. Mindy bragged one day showing me the paper. Because Mindy and Mandy had already been using gang and cult sex trafficking assault of me, that has never been thought of or discussed with other people. Mindy and Mandy's plans included: every sex trafficked location during 2023 and the sex trafficked locations of working on McNamara owned property, the sex trafficked ruin of supplements that were healing the physical health problem, every supplement that I have had to purchase for the physical health problem their planned sex traffickings have caused, every person they were planning to sex traffick me with including people they had sex with such as the doctors I've been sex trafficked to receive a colonoscopy from, or persons with mental retardation and Dino Meza that tries to have sex with animals then electrocute and sex traffick the animals. Mindy had relations in the 90's with every doctor I've been sex trafficked and forced to apply for governmental assistance to pay for Mindy's planned visits. Mindy planning and sex trafficking me to the OBGYN Dr. Mark Moore who has associations with the sex traffickers named Mezas was a violation of my Title 18, U.S.C., Section 248 rights. Mandy received profits from the thieving of my inheritance and is still sex trafficking me with Dino Meza and other Mezas. I did not hang out with these girls in high school and had no desire to be in their groups. Mandy had a psychotic jealous obsession since early elementary. Mindy had a psychotic jealousy since approximately middle school. Mandy admitted to a Sherriff in high school her involvement with Jon Bonet Ramsey and provided information such as tell the cops to search the dead Jon Bonet's vagina for waterhose parts. Mandy admitted some involvement in the harm of Jon Bonet's vagina with waterhose parts. Mindy needs to admit that Mandy planned that for me with the Mezas. Dak Nathaniel Coffman is another person who commited a crime against me in middle school and was writing the episodic cylcle of sex trafficked abuse of me in high school for his research paper. Everything they planned has happened. Det. Peter Meza/Rogers reported crime against me caused me to hear the real voices of the people sex trafficking me. I had never heard voices or the occult and have worked with many people for many years that would talk about hearing the occult. They planned for me to be forced to be witches like them and they achieved many cult harms of me. They planned shoes that I would wear in 2023 that they liked in the 90's. The sex traffickers caused physical harm and public humiliation until the shoes they planned were purchased. Then sex trafficked what they planned to be sex trafficked while wearing the shoes they planned for me to wear. I had a foot disease I had never had while forced to wear one of the pairs and was sex trafficking in movements of body that were publicly humiliating causing harm. Because of how they sex trafficked me, I can't think or remember what I just reported. I had no idea who the people were at the sex trafficked locations or the previous sex trafficked harms they had caused. They planned to put my life in that much danger! After I'm sex trafficked to leave a location, they have a planned cult assault that explains to me who the person was and what they did to me. They are bragging about what they just checked off their sex trafficking plans for me. That is why I am terrified and do not have any idea of what they have planned next. Something mean like prison for not breaking a law would be a typical pattern of something they would have planned. The covid essay provided in the discrimination complaint I think was written in the 90's by David Morrison. I could be wrong, because I cannot think while they are sex trafficking the forced sex trafficked séance of reading me somebody else's essay plans of my life and sex trafficking the writing of it as my court complaint! Dina Dwyer and her lawyer Brenda Day were involved in planning these sex trafficking abuses also and many others. Most of the people that planned mean crimes committed were people with associations to Alaina's friendship circle or people with psychotic jealousies and obsessions about being in Alaina's friendship circle and Dina Dwyer. I have no idea what those women called the circle, friend or friendship, because I have no interest in them. They planned the cruel and unusual punishments used to sex traffick me when I was driving in a direction that they had not planned. They made plans for me in many states.

Parnell McNamara and Jimmy sex trafficking me in the 80's at Six Flags, with the protection order to sex traffick, in middle school at my school sex trafficking me with the middle school bullies, in Haiti sex trafficking me with Kinsey and her black gangs, and now while working on McNamara owned property was a **violation of Deprivation of Rights Under Color of Law.**

Waco's rich sex traffickers, law enforcement and persons of the Ubertini family that send their body guards instead of law enforcement officers was a **violation of Deprivation of Rights Under Color of Law.**

Det. Peter Rogers/Meza went to Houston and my job. I'm the U.S. Attorney make Det. Peter Rogers/ Meza admit that he was at my job sex trafficking me and NFL Eagles quarterback Mark Sanchez. Mark Sanchez and the Mezas have admitted to people how they practiced sex trafficking a pee wee sports team as a family and that Det. Peter Rogers admitted trying to use the same sex trafficking practice to sex traffick homosexual assault of Mark Sanchez. The way the Mezas have sex trafficked me is using a practice that violates **Title 42, U.S.C., Section 14141 of my rights.**

The cruel and unusual punishment used to sex traffick me and to thieve my property was a violation of my **Ammendment IV** rights. I no longer feel secure or safe in their persons, houses, papers, and effects against unreasonable searches and seizures; and no longer feel secure that the persons or things to be seized shall not be violated.

They planned and achieved the sex trafficked violation of these rights: **Ammendment III and Ammendment XV (1870) Sec. 1**

I think what the sex traffickers are currently doing by forcing my information in their governmental medical computer system they are intentionally committing crimes violating these rights: **Overview of the Privacy Act of 1974 and Computer Matching and Privacy Act of 1988**; because, they are using the information to go into a system requesting sex trafficking.

This is terroristic sex trafficking that is terrifying!



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Dallas District Office**
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/25/2024

**To:** Brandie Jones
123 Amy Joy
CHINA SPRING, TX 76633
Charge No: 450-2024-00584

EEOC Representative and email:    JENNIFER JOHNSTON
Investigator
jennifer.johnston@eeoc.gov

---

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 450-2024-00584.

On behalf of the Commission,

For Travis M. Nicholson
District Director

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 450-2024-00584 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| State or local Agency, if any | |

| I Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.) | Home Phone | Year of Birth |
|---|---|---|
| Brandie Jones | (254) 652-5786 | 1980 |

Street Address

123 Amy Joy

CHINA SPRING, TX 76633

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Baptist Community Services | | (806) 337-5292 |

Street Address

701 PARK PLACE AVE

AMARILLO, TX 79101

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest: 08/09/2023    Latest: 10/13/2023 |
| Race, Religion, Sex | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. Personal Harm:

I began working for Baptist Community Services in or about August 2023. I believe I was discriminated against because of my race, sex, and religion. I was subjected to disparaging and harassing treatment by my coworkers and supervisor. I was also exposed to a hostile work environment that included sexual harassment during my employment.

II. Respondents Reason for Adverse Action:

No reason provided.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Brandie Jones**<br><br>03/07/2024 | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Charging Party Signature

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | 450-2024-00584 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| State or local Agency, if any | |

III. Discrimination Statement:

I believe that I have been discriminated against because of race, sex and religion in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.  **Digitally Signed By: Brandie Jones**  03/07/2024 | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME (month, day, year) |